**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HARTMANN, WILLIAM § | Case No. 14-80718-TML |
| HARTMANN, PATRICIA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/28/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  12/29/2014          By:  /s/JAMES E. STEVENS
                                                    Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HARTMANN, WILLIAM § Case No. 14-80718-TML
      HARTMANN, PATRICIA § 
  §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 4,294.50 |
| *and approved disbursements of* | $ 40.00 |
| *leaving a balance on hand of* [1] | $ 4,254.50 |
| **Balance on hand:** | $ 4,254.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,254.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,073.63 | 0.00 | 1,073.63 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,073.63 |
| Remaining balance: | $ 3,180.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,180.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,180.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,623.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,192.12 | 0.00 | 558.90 |
| 2 | Discover Bank | 12,230.85 | 0.00 | 834.44 |
| 3 | Capital One Bank (USA), N.A. | 1,090.70 | 0.00 | 74.41 |
| 4 | Capital One, N.A. | 3,262.16 | 0.00 | 222.56 |
| 5 | PYOD, LLC its successors and assigns as assignee | 13,838.53 | 0.00 | 944.12 |
| 6 | PYOD, LLC its successors and assigns as assignee | 8,009.51 | 0.00 | 546.44 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,180.87 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $          0.00
Remaining balance:   $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $          0.00
Remaining balance:   $          0.00

Prepared By:   /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
William Hartmann  
Patricia Hartmann  
    Debtors

Case No. 14-80718-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: dpruitt     Page 1 of 2     Date Rcvd: Dec 30, 2014  
                  Form ID: pdf006     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2015.

```
db/jdb         +William Hartmann,    Patricia Hartmann,    4607 Shore Drive,    McHenry, IL 60050-3783
21625105       +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington,DE 19801-5014
21625112      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
21625101       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21625095       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 24696,    Columbus,OH 43224-0696
21625097       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth,TX 76101-2039
21625107       +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
21625104       +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream,IL 60197-5253
22287310        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22549206        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21625114       +Centegra Hospital - McHenry,    Bankruptcy Dept,    PO BOX 1447,    Woodstock,IL 60098-1447
21625116       +Centegra Hospital - Woodstock,    Bankruptcy Dept.,    PO BOX 1990,    Woodstock,IL 60098-1990
21625098       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21625099       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21625115       +Harris & Harris Ltd.,    Bankruptcy Dept.,    111 W Jackson Blvd Ste 400,    Chicago,IL 60604-4135
21625113       +Town Square Anesthesia,    Bankruptcy Department,    PO BOX 836,    Crystal Lake,IL 60039-0836
21625100       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21625096       +E-mail/Text: ally@ebn.phinsolutions.com Dec 31 2014 01:21:55     ALLY Financial,
                 Attn: Bankruptcy Dept.,    200 Renaissance Ctr,    Detroit,MI 48243-1300
21625094       +E-mail/Text: bknotice@erccollections.com Dec 31 2014 01:23:16     AT T,
                 C/O Enhanced Recovery CO L,    8014 Bayberry Rd,    Jacksonville,FL 32256-7412
22240495        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2014 01:27:11     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21625108       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2014 01:27:11     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington,DE 19850-5316
21625103       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 31 2014 01:22:13     Kohls/Capone,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
22550168       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2014 01:25:33
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21625106*      +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington,DE 19801-5014
21625102*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21625111*      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
21625109*      +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream,IL 60197-5253
21625110*      +Discover FIN SVCS LLC,    Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington,DE 19850-5316
21625117*      +Harris & Harris Ltd.,    Bankruptcy Dept.,    111 W Jackson Blvd Ste 400,    Chicago,IL 60604-4135
                                                                                            TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: dpruitt              Page 2 of 2                  Date Rcvd: Dec 30, 2014
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2014 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          James E Stevens     on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens     jimstevens@bslbv.com, IL48@ecfcbis.com
          Jason K Nielson     on behalf of Joint Debtor Patricia  Hartmann ndil@geracilaw.com
          Jason K Nielson     on behalf of Debtor William  Hartmann ndil@geracilaw.com
          Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```