# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HARTMANN, WILLIAM § Case No. 14-80718
     HARTMANN, PATRICIA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $140,554.00 *(without deducting any secured claims)* | Assets Exempt: $45,863.00 |
| Total Distribution to Claimants: $3,180.87 | Claims Discharged Without Payment: $74,591.00 |
| Total Expenses of Administration: $1,113.63 | |

    3) Total gross receipts of $ 4,294.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,294.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,615.13 | 1,113.63 | 1,113.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,790.00 | 46,623.87 | 46,623.87 | 3,180.87 |
| **TOTAL DISBURSEMENTS** | $69,790.00 | $48,239.00 | $47,737.50 | $4,294.50 |

4) This case was originally filed under Chapter 7 on March 07, 2014. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2015          By: /s/JAMES E. STEVENS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance proceeds | 1290-000 | 4,294.50 |
| **TOTAL GROSS RECEIPTS** | | **$4,294.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,073.63 | 1,073.63 | 1,073.63 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 501.50 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,615.13 | $1,113.63 | $1,113.63 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,701.00 | 8,192.12 | 8,192.12 | 558.90 |
| 2 | Discover Bank | 7100-000 | 11,591.00 | 12,230.85 | 12,230.85 | 834.44 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 869.00 | 1,090.70 | 1,090.70 | 74.41 |
| 4 | Capital One, N.A. | 7100-000 | 3,227.00 | 3,262.16 | 3,262.16 | 222.56 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 7,838.00 | 13,838.53 | 13,838.53 | 944.12 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 7,416.00 | 8,009.51 | 8,009.51 | 546.44 |
| NOTFILED | 10 CHASE | 7100-000 | 1,003.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 CITI | 7100-000 | 13,042.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 CHASE | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 18 Town Square Anesthesia Bankruptcy Department | 7100-000 | 155.00 | N/A | N/A | 0.00 |
| NOTFILED | 19 Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 17 Kohls/Capone | 7100-000 | 2,988.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | 8 Centegra Hospital - Woodstock Bankruptcy Dept. | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| NOTFILED | 16 Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Barclays BANK Delaware | 7100-000 | 6,193.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 AT T | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 Barclays BANK Delaware | 7100-000 | 5,184.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Centegra Hospital McHenry Bankruptcy Dept | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $69,790.00 | $46,623.87 | $46,623.87 | $3,180.87 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80718  
**Case Name:** HARTMANN, WILLIAM  
HARTMANN, PATRICIA  
**Period Ending:** 04/15/15

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/07/14 (f)  
**§341(a) Meeting Date:** 04/10/14  
**Claims Bar Date:** 10/30/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4607 Shore Drive McHenry | 108,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account | 20.00 | 0.00 | | 0.00 | FA |
| 3 | savings account | 20.00 | 0.00 | | 0.00 | FA |
| 4 | checking account joint with daughter | 100.00 | 0.00 | | 0.00 | FA |
| 5 | savings account joint with daughter | 150.00 | 0.00 | | 0.00 | FA |
| 6 | checking account with Chase | 13.00 | 0.00 | | 0.00 | FA |
| 7 | business checking acocunt | 100.00 | 0.00 | | 0.00 | FA |
| 8 | checking acocunt joint with daughter | 100.00 | 0.00 | | 0.00 | FA |
| 9 | household goods, etc. | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | books, cd's, dvd's, etc. | 50.00 | 0.00 | | 0.00 | FA |
| 11 | necessary wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 12 | earrings, watch, etc. | 200.00 | 0.00 | | 0.00 | FA |
| 13 | term life insurance no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 14 | whole life insurance policy with cash value | 2,113.00 | 0.00 | | 0.00 | FA |
| 15 | Pension with Employer | Unknown | Unknown | | 0.00 | FA |
| 16 | 2003 Chevy Suburban | 4,763.00 | 0.00 | | 0.00 | FA |
| 17 | Ally - 2012 Kia Sorrento | 20,025.00 | 0.00 | | 0.00 | FA |
| 18 | fishing boat, trolling motor | 1,500.00 | 506.00 | | 0.00 | FA |
| 19 | Mary Kay Supplies & Samples | 800.00 | 0.00 | | 0.00 | FA |
| 20 | Insurance proceeds  (u) | Unknown | Unknown | | 4,294.50 | FA |
| 20 | **Assets   Totals** (Excluding unknown values) | **$140,554.00** | **$506.00** | | **$4,294.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 04/15/2015 03:57 PM    V.13.21

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-80718  
**Case Name:** HARTMANN, WILLIAM  
HARTMANN, PATRICIA  
**Period Ending:** 04/15/15

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/07/14 (f)  
**§341(a) Meeting Date:** 04/10/14  
**Claims Bar Date:** 10/30/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2014    **Current Projected Date Of Final Report (TFR):** November 4, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-80718 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** HARTMANN, WILLIAM | **Bank Name:** Rabobank, N.A. |
| HARTMANN, PATRICIA | **Account:** ******2866 - Checking Account |
| **Taxpayer ID #:** **-***6048 | **Blanket Bond:** $780,000.00 (per case limit) |
| **Period Ending:** 04/15/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/16/14 | {20} | Chase Cashier's Check /Prudential | Insurance proceeds | 1290-000 | 4,294.50 | | 4,294.50 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,284.50 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,274.50 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,264.50 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,254.50 |
| 01/28/15 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,073.63, Trustee Compensation; Reference: | 2100-000 | | 1,073.63 | 3,180.87 |
| 01/28/15 | 102 | Capital One Bank (USA), N.A. | Dividend paid 6.82% on $1,090.70; Claim# 3; Filed: $1,090.70; Reference: | 7100-000 | | 74.41 | 3,106.46 |
| 01/28/15 | 103 | Capital One, N.A. | Dividend paid 6.82% on $3,262.16; Claim# 4; Filed: $3,262.16; Reference: | 7100-000 | | 222.56 | 2,883.90 |
| 01/28/15 | 104 | Discover Bank | Combined Check for Claims#1,2 | | | 1,393.34 | 1,490.56 |
| | | | Dividend paid 6.82% on 558.90 $8,192.12; Claim# 1; Filed: $8,192.12 | 7100-000 | | | 1,490.56 |
| | | | Dividend paid 6.82% on 834.44 $12,230.85; Claim# 2; Filed: $12,230.85 | 7100-000 | | | 1,490.56 |
| 01/28/15 | 105 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#5,6 | | | 1,490.56 | 0.00 |
| | | | Dividend paid 6.82% on 944.12 $13,838.53; Claim# 5; Filed: $13,838.53 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.82% on 546.44 $8,009.51; Claim# 6; Filed: $8,009.51 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,294.50 | 4,294.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,294.50 | 4,294.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,294.50** | **$4,294.50** | |

{} Asset reference(s)    Printed: 04/15/2015 03:57 PM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-80718 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | HARTMANN, WILLIAM | | **Bank Name:** | Rabobank, N.A. |
| | HARTMANN, PATRICIA | | **Account:** | ******2866 - Checking Account |
| **Taxpayer ID #:** | **-***6048 | | **Blanket Bond:** | $780,000.00 (per case limit) |
| **Period Ending:** | 04/15/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2866** | 4,294.50 | 4,294.50 | 0.00 |
| | $4,294.50 | $4,294.50 | $0.00 |

{} Asset reference(s)     Printed: 04/15/2015 03:57 PM     V.13.21